Certificate Number: 12433-PAM-DE-038844731

Bankruptcy Case Number: 24-02026


12433-PAM-DE-038844731

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 7, 2024, at 7:01 o'clock AM EDT, Ashley Ann Sevek completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: September 9, 2024  By: /s/Lisa Susoev

Name: Lisa Susoev

Title: Teacher